**LAW OFFICES OF SUSAN FOLEY**
763 Polhemus Road, Suite 2
San Mateo, CA 94402
650-345-2300
Fax: 650-345-2302

July 12, 2012

Magistrate Judge Joseph C. Spero    e-mailed.
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA

    Re:   MM, et al. v. San Ramon Valley USD
            Case No.: C12-01337 JCS
            Date of CMC: July 13, 2012
            Time: 1:30 p.m.

**REQUEST FOR PERMISSION FOR TELEPHONIC APPEARANCE**

Dear Judge Spero:

I represent Plaintiffs in the above-referenced case. This is a request that I be permitted to appear at the Case Management Conference via telephone scheduled for tomorrow at 1:30. I apologize for the late request. This request is untimely due to a family situation that prevented me from making this request to the court earlier than today.

If my request is granted, I can be reached on my office landline from 1:00 p.m. through the end of the day at:

    650-345-2300.

Respectfully submitted,

Susan Foley
Attorney for Student/Plaintiff
MM

cc: Katherine Alberts, Esq. albertsk@stubbsleone.com

---

iT IS HEREBY ORDERED THAT Ms. Foley shall be on phone standby beginning at 1:30 PM and await the Court's call. The Court will initiate the phone contact.

Dated: July 12, 2012

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero