# LAW OFFICES OF SUSAN FOLEY
763 Polhemus Road, Suite 2
San Mateo, CA 94402
650-345-2300
Fax:  650-345-2302

July 12, 2012

Magistrate Judge Joseph C. Spero                          e-mailed.
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA

      Re:    MM, et al. v. San Ramon Valley USD
               Case No.:  C12-01337 JCS
               Date of CMC:  July 13, 2012
               Time:  1:30 p.m.

## REQUEST FOR PERMISSION FOR TELEPHONIC APPEARANCE

Dear Judge Spero:

I represent Plaintiffs in the above-referenced case.  This is a request that I be permitted to appear at the Case Management Conference via telephone scheduled for tomorrow at 1:30.  I apologize for the late request.  This request is untimely due to a family situation that prevented me from making this request to the court earlier than today.

If my request is granted, I can be reached on my office landline from 1:00 p.m. through the end of the day at:

      650-345-2300.

Respectfully submitted,

iT IS HEREBY ORDERED THAT Ms. Foley shall be on phone standby beginning at 1:30 PM and await the Court's call. The Court will initiate the phone contact.

Dated: July 12, 2012

Susan Foley
Attorney for Student/Plaintiff
MM

cc:  Katherine Alberts, Esq. albertsk@stubbsleone.com

IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA